United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERRICK WISE,

           Plaintiff,

      v.

STATE FARM GENERAL INSURANCE
COMPANY,

           Defendant.

Case No. 23-cv-00163-HSG

**SCHEDULING ORDER**

A case management conference was held on April 18, 2023.  Having considered the
parties' proposals, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal
Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 16, 2023 |
| Close of Fact Discovery | October 31, 2023 |
| Exchange of Opening Expert Reports | December 8, 2023 |
| Close of Expert Discovery | December 21, 2023 |
| Dispositive Motion Hearing Deadline | February 8, 2024, at 2:00 p.m. |
| Pretrial Conference | May 7, 2024, at 3:00 p.m. |
| Jury Trial (10 days) | May 28, 2024, at 8:30 a.m. |

//

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good

2   cause.  The parties are directed to review and comply with this Court's standing orders.

3        **IT IS SO ORDERED.**

4   Dated:   5/9/2023

5                                         _____

6                                         HAYWOOD S. GILLIAM, JR.
                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2