UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRICK WISE,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>           Defendant. | Case No. 23-cv-00163-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on September 12, 2023. Having considered the parties' proposal, *see* Dkt. No. 30, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last Day to Mediate | November 30, 2023 |
| Close of Fact Discovery | December 29, 2023 |
| Exchange of Opening Expert Reports | February 9, 2024 |
| Close of Expert Discovery | February 22, 2024 |
| Dispositive Motion Hearing Deadline | April 4, 2024, at 2:00 p.m. |
| Pretrial Conference | July 2, 2024, at 3:00 p.m. |
| Jury Trial (10 days) | July 22, 2024, at 8:30 a.m. |

//
//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders. This
3  terminates Dkt. No. 30.

4  **IT IS SO ORDERED.**

5  Dated: 9/25/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge