UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRICK WISE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 23-cv-00163-HSG<br><br>**ORDER RE STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION**<br><br>Re: Dkt. No. 35 |

Pending before the Court is the parties' stipulation to continue the current deadline to complete mediation from November 30, 2023 to January 30, 2024.  Dkt. No. 35.  The Court grants the parties' requested deadline extension, but directs the parties to contact the Alternative Dispute Resolution Program (at 415-522-2199 or adr@cand.uscourts.gov) within seven days of this order to discuss the parties' proposal as to who will conduct the mediation.

This order terminates Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 12/5/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge