1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    VERRICK WISE,                              Case No. 23-cv-00163-HSG (AGT)

8                    Plaintiff,

9          v.                                   **DISCOVERY ORDER**

10   STATE FARM GENERAL INSURANCE               Re: Dkt. No. 36
     COMPANY,

11                   Defendant.

12

13         Plaintiffs have not persuasively explained why State Farm's 30(b)(6) witnesses must sit for

14   deposition by "no later than December 15, 2023."  Dkt. 36 at 2.  Judge Gilliam set December 29,

15   2023, as the fact-discovery cutoff, and State Farm has proposed complying dates for witnesses on

16   two groups of noticed topics—"December 28 or 29 for one Rule 30(b)(6) witness, and December

17   21, 22, 28, or 29 for another."  *Id*.  Plaintiffs apparently rejected these proposed dates out of hand,

18   without meeting and conferring, because they fall after December 15.  But as State Farm correctly

19   notes, plaintiffs cannot "unilaterally 'reset' the fact discovery deadline to December 15."  *Id*. at 3.

20   Absent an order by Judge Gilliam, the fact-discovery cutoff in this case remains December 29,

21   2023, and State Farm must make its 30(b)(6) witnesses available by that date.[1]

22         To assist the parties with scheduling these depositions, the undersigned orders as follows.

23   By close of business on December 13, 2023, State Farm must provide plaintiffs with proposed

24   dates for the noticed 30(b)(6) topics.  By December 15, 2023, the parties must meet and confer,

25   either in person or via videoconference, to attempt to reach agreement on deposition dates.  If the

26

27   _____

28   [1] To the extent plaintiffs seek to "extend the discovery deadline for the sole purpose of permitting
     Plaintiffs to litigate any issues that may arise from the Rule 30(b)(6) depositions," Dkt. 36 at 2,
     they must direct that request to Judge Gilliam, not the undersigned.

*United States District Court*
*Northern District of California*

parties are still unable to agree on dates, they may submit a supplemental joint statement by

December 18, 2023, and the Court will set dates for them.

**IT IS SO ORDERED.**

Dated: December 11, 2023

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California