1  J. Edward Kerley (175695)
   Dylan L. Schaffer (153612)
2  **Kerley Schaffer LLP**
   1939 Harrison Street, #900
3  Oakland, California 94612
   Telephone: (510) 379-5801
4
   Attorneys for Plaintiffs
5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | **E VERRICK WISE** an individual, **NOEL RUSSELL**, an individual, | Case No. 4:23-cv-00163-HSG |
|---|---|
| Plaintiffs, | **DECLARATION OF CHRISTOPHER CARLING IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | **[LOCAL RULES 7-11 & 75-5(f)]** |
| **STATE FARM GENERAL INSURANCE COMPANY,** an Illinois corporation, and **DOES 1 through 10**, | *[Filed Concurrently with the Notice of Motion and Motion and a [Proposed] Order.]* |
|  | Judge: Hon. Haywood S. Gilliam |
| Defendants. | Complaint filed: January 12, 2023
Trial Date: July 22, 2024 |

1

Declaration of Christopher Carling

I, Christopher Carling, declare as follows:

1. I am an attorney duly admitted to practice in the State of California, and I am an attorney with Kerley Schaffer, LLP, counsel of record for plaintiffs E Verrick Wise and Noel Russell ("Plaintiffs") in this matter. I have personal knowledge of all facts stated herein, except where expressly stated on information and belief, and if called as a witness, I could and would testify competently thereto.

2. During the course of this lawsuit Defendant State Farm Gen. Ins. Co. ("State Farm") Liberty produced documents pursuant to its Rule 26 obligations. In addition, Plaintiffs served State Farm's counsel with a series of requests for production, including a request that Liberty produce its entire claim file as well as requests that Liberty produce claims handling guildines and manuals and training documents related to the investigation of water loss claims. In response to the Rule 26 requirements and the discovery requests, Liberty produced a number of documents. Claims manuals, guidelines and training documents produced by State Farm bear the Bates Number prefix/suffix "WISEV_____PROD".

3. Plaintiffs will file their Motion for Partial Summary Judgment on January 9, 2024, concurrently with this administrative motion. In support of their dispositive motion, Plaintiffs seek to include among its documentary evidence (a) Exhibit R, a portion of the State Farm internal claims-handling guidelines, and (b) Exhibit X, a training document relating to coverage analysis of water loss claims.  Both potential exhibits have been previously marked as "CONFIDENTIAL" by State Farm's lawyers pursuant to the terms of the Protective Order entered in this case.

4. The first document (<u>Exhibit R</u>) that is subject to this administrative motion was produced by State Farm and bears Bates Nos. WISEV00000143PROD through WISEV00000144PROD. The document is titled "State Farm Premier Service® Program (SFPSP) Mitigation Services Program".

//

//

//

5. The first document (<u>Exhibit X</u>) that is subject to this administrative motion was produced by State Farm and bears Bates Nos. WISEV00003860PROD through WISEV00003869PROD. The document is titled "Water Loss Skill Review".

Executed this 9th day of January, 2024, at Oakland, California.

/s/ Christopher Carling
Christopher Carling