| | |
|---|---|
| 1 | J. Edward Kerley (175695) |
| 2 | Dylan L. Schaffer (153612) |
| | **Kerley Schaffer LLP** |
| 3 | 1939 Harrison Street, #900 |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 379-5801 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E VERRICK WISE** an individual, **NOEL RUSSELL**, an individual, | Case No. 4:23-cv-00163-HSG |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION** |
| v. | **[LOCAL RULE 75-5]** |
| **STATE FARM GENERAL INSURANCE COMPANY,** an Illinois corporation, and **DOES 1 through 10**, | *[Filed Concurrently with the Notice of Motion and Motion and Declaration of Christopher Carling]* |
| Defendants. | Judge: Hon. Haywood S. Gilliam |
| | Complaint filed: January 12, 2023 |
| | Trial Date: July 22, 2024 |

Plaintiffs E Verrick Wise and Noel Russell ("Plaintiffs") filed a Motion for Administrative Relief to file under seal <u>Exhibit R</u> and <u>Exhibit X</u>, both in support of Plaintiff's Motion for Partial Summary Judgment.

The Court, having read and considered the moving brief, Declaration of Christopher Carling, any opposition/reply filed by Defendant State Farm Gen. Ins. Co., and the Protective Order in this case, hereby rules on Plaintiffs' Motion as follows:

| Docket No. Public/(Sealed) | Document | Portion Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 47-1/ (Dkt. No. ___) | Plaintiffs' Evidence in Support of Motion for Summary Judgment | Exhibit R | | |
| Dkt. No. 47-1/ (Dkt. No. ___) | Plaintiffs' Evidence in Support of Motion for Summary Judgment | Exhibit X | | |

**IT IS SO ORDERED.**

DATED:

                                            US DISTRICT COURT JUDGE