J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Kerley Schaffer LLP
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E VERRICK WISE** an individual, **NOEL RUSSELL**, an individual, and **LAWRENCE MARKS**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**STATE FARM GENERAL INSURANCE COMPANY,** an Illinois corporation, and **DOES 1 through 10**,<br><br>Defendants. | Case No. 4:23-cv-00163-HSG<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

Stipulation for Dismissal with Prejudice

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant State Farm General Insurance Company ("State Farm") by and through their attorneys of record, hereby submit this Joint Stipulation of Dismissal With Prejudice.

Plaintiffs and State Farm, having entered into a settlement agreement in this matter and pursuant thereto, stipulate that the above-captioned action be dismissed in its entirety and as to all parties with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Date: February 2, 2024                    Kerley Schaffer LLP


/s/ Dylan L. Schaffer
Dylan L. Schaffer
Attorneys for Plaintiffs


Date: February 2, 2024                    Pacific Law Partners, LLP


/s/ Sandra E. Stone
Sandra E. Stone
Colin M. Adkins
Attorneys for Defendant


**ATTESTATION PER LOCAL RULE 5-1**

Pursuant to section Civil Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Sandra Stone, counsel for Defendant State Farm Gen. Ins. Co., and that I have obtained Ms. Stone's authorization to affix her electronic signature to this document.


/s/ Dylan L. Schaffer
Dylan L. Schaffer

Stipulation for Dismissal with Prejudice