1  J. Edward Kerley (175695)
   Dylan L. Schaffer (153612)
2  **Kerley Schaffer LLP**
   1939 Harrison Street, #900
3  Oakland, California 94612
   Telephone: (510) 379-5801
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 **E VERRICK WISE** an individual, **NOEL**          Case No. 4:23-cv-00163-HSG
   **RUSSELL**, an individual,
11                                                      **ORDER (AS MODIFIED) GRANTING**
                    Plaintiffs,                         **PLAINTIFFS' ADMINISTRATIVE**
12                                                      **MOTION**
           v.
13                                                      Dkt. No. 48
   **STATE FARM GENERAL INSURANCE**
14 **COMPANY,** an Illinois corporation, and
   **DOES 1 through 10**,
15
                    Defendants.
16

17

18         On January 9, 2024, Plaintiffs E Verrick Wise and Noel Russell ("Plaintiffs") filed an

19 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed,

20 accompanied by the supporting declaration of Christopher Carlin.  Dkt. No. 48.  The

21 administrative motion moves to seal <u>Exhibit R</u> and <u>Exhibit X</u> to Plaintiff's Motion for Partial

22 Summary Judgment, Dkt. No. 47 – two internal State Farm training and resource documents that

23 together total ten pages in length.  On February 2, 2024, as directed by the Court, Defendant

24 State Farm filed a statement articulating the various justifications for maintaining Exhibits R and

25 X under seal.  Dkt. No. 58.  That same day, the parties stipulated to dismiss the case in its

26 entirety.  Dkt. No. 59.  This result mooted Plaintiffs' Partial Summary Judgment motion before

27 the Court ruled on it or had occasion to consider the exhibits at issue.

28 //

                                           1

The Court, having read and considered Plaintiffs' Administrative Motion and the supporting declaration, Dkt. No. 48, and the statement filed by Defendant State Farm Gen. Ins. Co. and the supporting declaration, Dkt. No. 58, hereby rules on Plaintiffs' Administrative Motion, Dkt. No. 48, as follows:

| Docket No. Public/(Sealed) | Document | Portion Sought to be Sealed | Basis to Seal Exhibits | Ruling |
|---|---|---|---|---|
| Dkt. No. 47-1/ (Dkt. No. 48-3) | Plaintiffs' Evidence in Support of Motion for Summary Judgment | Exhibit R (Dkt. No. 47-1 at 361) | Contain confidential materials that could injure Defendant's competitive advantage and cannot be protected through more narrowly tailored means.  Dkt. No. 58. | Finding good cause, the Court **GRANTS** the request to seal these documents in this now-closed case. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) |
| Dkt. No. 47-1/ (Dkt. No. 48-3) | Plaintiffs' Evidence in Support of Motion for Summary Judgment | Exhibit X (Dkt. No. 47-1 at 522) | | |

**IT IS SO ORDERED.**

DATED:  February 6, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge